PS 42
(Rev 07/93)

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

07 JAN 17 AM 10: 12

OFFICE OF THE CLERK

## United States District Court
District of Nebraska

### District of Nebraska

| | |
|---|---|
| United States of America ) | |
| ) | |
| vs ) | |
| ) | |
| Jake Dodge ) | Case No. 8:06CR310 |

### CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Jake Dodge, have discussed with Angelique M. Johnson, Pretrial Services Officer Assistant, modification of my release as follows:

7(k) The defendant shall reside at the Blackstone Oxford House located at 3562 Jones Street, Omaha, NE at all times and abide by the rules and regulations of the facility.

I consent to this modification of my release conditions and agree to abide by this modification.

X _[signature]_  1/10/07   _[signature]_ Angelique Johnson  1/10/07
Signature of Defendant    Date    Pretrial Services Officer    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_[signature]_   1-12-07
Signature of Defense Counsel    Date

[X]   The above modification of conditions of release is ordered, to be effective on  1/10/07

[ ]   The above modification of conditions of release is not ordered.

_[signature]_   1/17/07
Signature of Judicial Officer    Date